UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 8:07CR202-DOC-22    Date 7/11/16

Title  United States v. Francisco Javier Castillo

Present: The Honorable    Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

    The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

    The Court finds that

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☐  Lack of bail resources

    ☒  Refusal to interview with Pretrial Services

    ☐  No stable residence or employment

    ☒  Previous failure to appear or violations of probation, parole, or release

    ☐  Ties to foreign countries

    ☒  Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No. ___8:07-CR 202-DOC-22___ Date ___7/11/16___

Title ___United States v. Francisco Javier Castillo___

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☒ Substance abuse

☐ Already in custody on state or federal offense

☐

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.